**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA (PHILADELPHIA)**

| | | |
|---|---|---|
| **DAMON L. PATTERSON** | : | |
| | : | |
| v. | : | No.: 22-cv-0463 |
| | : | |
| **GREG PARKER**, et al. | : | |

## ORDER

**AND NOW**, this _____ day of _____ 2022, upon consideration of Plaintiff's

Motion to Enforce Settlement Agreement, and any response thereto, it is hereby **ORDERED** and

**DECREED** that Defendants shall pay the remaining settlement funds to Plaintiff's Counsel

within ten days of the date of this Order or suffer sanctions upon further application to this Court.

It is further **ORDERED** and **DECREED** that Defendants shall pay $500 to Plaintiff's

Counsel as compensation for the reasonable attorney fees incurred to enforce the settlement.

**BY THE COURT:**

_____

Hon. JOHN M. YOUNG, J.

**WEISBERG LAW**                          **SCHAFKOPF LAW, LLC**
Matthew B. Weisberg                       Gary Schafkopf
Attorney ID No.: 85570                    Attorney ID No. 83362
L. Anthony DiJiacomo, III                 11 Bala Ave
Attorney Id. No.: 321356                  Bala Cynwyd, PA 19004
7 South Morton Ave.                       610-664-5200 Ext 104
Morton, PA 19070                          Fax: 888-283-1334
610-690-0801
Fax: 610-690-0880                         *Attorneys for Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA (PHILADELPHIA)

| | | |
|---|---|---|
| **DAMON L. PATTERSON** | : | |
| | : | |
| v. | : | No.: 22-cv-0463 |
| | : | |
| **GREG PARKER**, et al. | : | |

## PLAINTIFF'S MOTION TO ENFORCE SETTLEMENT AGREEMENT

Plaintiff, Damon L. Patterson, by and through his undersigned counsel, hereby brings this Motion to Enforce Settlement Agreement and respectfully requests this Honorable Court to enter Plaintiff's proposed order, for the following reasons:

1.      On or about February 4, 2022, Plaintiff initiated this lawsuit against Defendants, Greg Parker, Shawn Butler, Cicily N. Hawes, amd AP Capital LLC with claims sounding in, *inter alia*, violations of the Racketeer Influenced and Corrupt Organizations Act.

2.      On or about April 29, 2022, Plaintiffs and Defendants agreed upon settlement terms for the resolution of this matter.

3.  Plaintiff executed that agreed-upon settlement agreement and Undersigned Counsel returned it to Counsel for Defendants on May 16, 2022. *See* Exhibit A ("Settlement Agreement")[1].

4.  Pursuant to the terms of the Settlement Agreement, Defendants were to pay the settlement sums in full forty days after May 16, 2022, i.e. by June 25, 2022. *See* Exhibit A.

5.  On June 23, 2022, Counsel for the Parties discussed and Plaintiff ultimately agreed to accept one-half of the settlement funds by June 27, 2022 and the remaining one-half of the settlement funds by July 27, 2022. *See* Exhibit B.

6.  However, no payment was received despite Plaintiff's good faith.

7.  On July 13, 2022, Defendants communicated through their Counsel that the first one-half payment would be made by July 15 and the second one-half payment would be made by July 31, 2022. *See* Exhibit C. Nonetheless, the July 15 payment was not made.

8.  On July 20, 2022, Defendants communicated through their Counsel that the full amount of the settlement proceeds would be paid by July 31, 2022. *See* Exhibit D. Nonetheless, the payment was not made.

9.  On August 4, 2022, Defendants communicated through their Counsel one-fourth payment would be made on August 8, 2022 and a second one-fourth payment would be made on August 10, 2022 with the balance to be paid in the future. *See* Exhibit E.

10.  Rather, Plaintiff received a one-fourth payment on or about August 11, 2022 and has not received any further payments.

---

[1]  Due to the confidentiality terms of the Settlement Agreement, the Settlement Agreement and all communications relating thereto will be provided to this Honorable Court via email for *in camera* review.

11.    Despite ongoing communications and further unfulfilled promises, Defendants have not paid any additional funds to date; i.e. three-fourths of the outstanding settlement funds, originally due under the settlement agreement by June 25, 2022, remain outstanding.

12.    Further, the Parties agreed that should any party be required to enforce the agreement, the "substantially prevailing" party shall be reimbursed reasonable attorneys' fees and costs by the "substantially non-prevailing" party. *See* Exhibit A, Page 5.

13.    Given Plaintiff's good faith extensions and restraint in waiting to file this Motion, attorney fees are now warranted.

14.    Unfortunately, Plaintiffs now request this Honorable Court enter the attached Order requiring Defendants to pay the remaining settlement funds to Plaintiffs' Counsel within ten days of the date of this Order, pay the sum of $500 for reasonable attorney fees, and provide Defendants notice that failure to comply may result in sanctions upon further application to this Honorable Court.

**WHEREFORE**, Plaintiff, Damon L. Patterson, by and through his undersigned counsel, respectfully requests this Honorable Court to enter Plaintiff's proposed order, enforcing the settlement agreement entered into by the Parties, awarding the sum of $500 for reasonable attorney fees, and providing Defendants notice that failure to comply may result in sanctions upon further application to this Honorable Court.

Respectfully Submitted,

**WEISBERG LAW**

*/s/ L. Anthony DiJiacomo, III*
Matthew B. Weisberg, Esquire
L. Anthony DiJiacomo, III, Esquire
*Attorneys for Plaintiffs*

| | |
|---|---|
| **WEISBERG LAW** | **SCHAFKOPF LAW, LLC** |
| Matthew B. Weisberg | Gary Schafkopf |
| Attorney ID No.: 85570 | Attorney ID No. 83362 |
| L. Anthony DiJiacomo, III | 11 Bala Ave |
| Attorney Id. No.: 321356 | Bala Cynwyd, PA 19004 |
| 7 South Morton Ave. | 610-664-5200 Ext 104 |
| Morton, PA 19070 | Fax: 888-283-1334 |
| 610-690-0801 | |
| Fax: 610-690-0880 | *Attorneys for Plaintiffs* |

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA (PHILADELPHIA)

| | | |
|---|---|---|
| **DAMON L. PATTERSON** | : | |
| | : | |
| v. | : | No.: 22-cv-0463 |
| | : | |
| **GREG PARKER**, et al. | : | |

## CERTIFICATE OF SERVICE

I, L. Anthony DiJiacomo, III, Esquire, hereby certify that on this 31st day of August 2022,

a true and correct copy of Plaintiff's foregoing Motion was served via ECF on the following

counsel:

Natalie Klyashtorny, Esq.
NOCHUMSON PC
123 S. Broad St., Ste. 1600
Philadelphia, PA 19109

**WEISBERG LAW**

*/s/ L. Anthony DiJiacomo, III*
Matthew B. Weisberg, Esquire
L. Anthony DiJiacomo, III, Esquire
*Attorneys for Plaintiffs*